No. 816. KELLY *v.* UNITED STATES. March 5, 1945. The petition for writ of certiorari to the Circuit Court of

856

Appeals for the Ninth Circuit is denied for the reason that application therefor was not made within the time provided by law. *Harry C. Kelly, pro se. Solicitor General Fahy* for the United States.